# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | | |
|---|---|---|
| **LYVERIA HOPSON-LLOYD,** *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **CIVIL ACTION NO. 9:18-CV-00211** |
| **v.** | § | |
| | § | |
| **JIMMY D. JONES,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION ON PARTIAL DISMISSAL

The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. On March 28, 2019, Judge Giblin issued a Report and Recommendation (Doc. No. 83) in which he recommended that the Court grant the *pro se* defendant Keifer Ryan Collins' motion to dismiss (Doc. No. 56). In support, Judge Giblin concluded that the plaintiffs erroneously named and served the incorrect Keifer Collins as a party defendant.

The parties have not filed objection to the magistrate judge's report. Having considered the report of the magistrate judge and conducted a *de novo* review pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, the Court agrees with Judge Giblin's findings and conclusions. It is therefore **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 83) is **ADOPTED**. Defendant Keifer Ryan Collins' *pro se* motion to dismiss (Doc. No. 56) is **GRANTED**. The plaintiffs' claims asserted against defendant Keifer Ryan Collins are **DISMISSED**, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(4)&(5) as

recommended by the magistrate judge. The Clerk is directed to **TERMINATE** Keifer Ryan Collins of Snohomish, Washington, as an active party defendant. All other claims remain pending at this time.

So **ORDERED** and **SIGNED June 4, 2019.**

_____
Ron Clark, Senior District Judge